A07A0702. CLARK v. FITZGERALD WATER, LIGHT & BOND COMMISSION.

(672 SE2d 664)

MILLER, Chief Judge.

In *Clark v. Fitzgerald Water, Light & Bond Comm.*, 284 Ga. 12 (663 SE2d 237) (2008), the Supreme Court of Georgia reversed the judgment of this Court in *Clark v. Fitzgerald Water, Light & Bond Comm.*, 286 Ga. App. 36 (648 SE2d 654) (2007). Therefore, we vacate our earlier opinion and adopt the opinion of the Supreme Court as our own.

*Judgment reversed. Smith, P. J., and Barnes, J., concur.*

DECIDED JANUARY 14, 2009.

*Reinhardt, Whitley, Wilmot, Summerlin & Pittman, Glenn Whitley*, for appellant.

*Jay, Sherrell, Smith & Braddy, John E. Smith III, Matthew G. Braddy*, for appellee.